400 A.2d 638

Commonwealth v. Lennon, Appellant.

Submitted December 6, 1977. Sharon K. Wallis, for appellant; F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.